**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 31

**IP Address:** 142.255.7.113

**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 08-30-2022<br>05:13:34 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 2 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash:<br>C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 08-30-2022<br>05:11:45 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 3 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 08-30-2022<br>05:10:25 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 4 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 08-29-2022<br>05:53:05 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 5 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 08-29-2022<br>05:52:52 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 6 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash:<br>14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 08-29-2022<br>05:15:10 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 7 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash:<br>C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 08-29-2022<br>05:12:34 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 8 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash:<br>49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08-29-2022<br>05:11:02 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 9 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 08-25-2022<br>00:45:06 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 10 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash:<br>C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 08-25-2022<br>00:41:34 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 11 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash:<br>1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-25-2022<br>00:39:42 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash:<br>A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 08-25-2022<br>00:38:50 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 13 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash:<br>55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 08-25-2022<br>00:36:36 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 14 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash:<br>7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-25-2022<br>00:35:29 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 15 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 08-25-2022<br>00:24:38 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 16 | Info Hash: 40D6C5A44C8802776A31D077792F14860F2BE040<br>File Hash:<br>E7E18ACE11429650FCE5F2E243972BF0EC35FE42C5E76F2674A6CEAC54FCF3DE | 11-15-2021<br>10:54:19 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 17 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash:<br>F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 11-15-2021<br>10:36:22 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 18 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 11-15-2021<br>10:35:53 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 19 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash:<br>E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-10-2021<br>05:23:22 | Blacked<br>Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 20 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash:<br>12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 11-10-2021<br>02:04:44 | Blacked<br>Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 21 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 11-10-2021<br>02:00:42 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 22 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-29-2021<br>09:43:19 | Blacked<br>Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 23 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash:<br>C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 10-16-2021<br>22:29:23 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 10-16-2021<br>22:24:17 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 25 | Info Hash: 255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash:<br>AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 08-28-2021<br>05:06:07 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 26 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 08-28-2021<br>03:02:29 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 27 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash:<br>C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 08-15-2021<br>05:12:25 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 28 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06-19-2021<br>06:35:41 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 29 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash:<br>76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 06-19-2021<br>06:33:46 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 30 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash:<br>E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 01-02-2021<br>08:03:09 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 31 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash:<br>829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 01-02-2021<br>08:01:11 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |