AO 121 (Rev. 06/16)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court - Southern District of New York |
| **DOCKET NO.** 1:22-cv-07794   **DATE FILED** 9/12/2022 | |
| **PLAINTIFF**<br>STRIKE 3 HOLDINGS, LLC | **DEFENDANT**<br>JOHN DOE subscriber assigned IP address 142.255.7.113 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ T. Pisarczyk | 1/4/2023 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** New York, NY                                                                                                                              **IP Address:** 142.255.7.113
**Total Works Infringed:** 31                                                                                                                          **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 08-30-2022<br>05:13:34 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 2 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash:<br>C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 08-30-2022<br>05:11:45 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 3 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash:<br>610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 08-30-2022<br>05:10:25 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 4 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 08-29-2022<br>05:53:05 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 5 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 08-29-2022<br>05:52:52 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 6 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash:<br>14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 08-29-2022<br>05:15:10 | Tushy | 07-20-2018 | 09-05-2018 | PA0002134598 |
| 7 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash:<br>C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 08-29-2022<br>05:12:34 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |
| 8 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash:<br>49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08-29-2022<br>05:11:02 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 9 | Info Hash: 7904A141CEE0C0AF1E207F32CD1F7997F26B469E<br>File Hash:<br>26942FF6602A2AD102834A5F74E45EEAD6B7FC7890ECD0A25B20E6E7417FDEEF | 08-25-2022<br>00:45:06 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 10 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash:<br>C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 08-25-2022<br>00:41:34 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 11 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash:<br>1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 08-25-2022<br>00:39:42 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash: A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 08-25-2022 00:38:50 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 13 | Info Hash: 8D084151BC3BB0184A284913F8756A95942EC720<br>File Hash: 55006DE9A9044C14737EFE43D27A79D43DD51BCD53A887462B4B898E7CA1B9BD | 08-25-2022 00:36:36 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 14 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-25-2022 00:35:29 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 15 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 08-25-2022 00:24:38 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 16 | Info Hash: 40D6C5A44C8802776A31D077792F14860F2BE040<br>File Hash: E7E18ACE11429650FCE5F2E243972BF0EC35FE42C5E76F2674A6CEAC54FCF3DE | 11-15-2021 10:54:19 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |
| 17 | Info Hash: 0E068785FA4C3886042875F56A3465AA044E5347<br>File Hash: F7D350C73C1CE1D4B23F63617C1F605A53AD04F673CD6D28B44785808C59B91E | 11-15-2021 10:36:22 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 18 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 11-15-2021 10:35:53 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 19 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-10-2021 05:23:22 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 20 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 11-10-2021 02:04:44 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 21 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 11-10-2021 02:00:42 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 22 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-29-2021 09:43:19 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 23 | Info Hash: A49EE756D34A89C41FE77B65408E50C945724CBD<br>File Hash: C0E7DBA8FAC2A125D33DF2B1F21FC81E5E61DDC85DAA378BEE9E35E3D3E27C91 | 10-16-2021 22:29:23 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 10-16-2021 22:24:17 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 25 | Info Hash: 255160E86155DBC843F84DED7BCF5BC87BBA2303<br>File Hash:<br>AA390BFD1CBD2E575EC3D090B14FE7D66C626E190293D2D44C1D9377776C0887 | 08-28-2021 05:06:07 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 26 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash:<br>4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 08-28-2021 03:02:29 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 27 | Info Hash: A044C1B3EBEC733AC48CD2C3AA3AE825647F3D4F<br>File Hash:<br>C69A7F72612E2AFF02237C8B1763F3A1C071E78B0E1EB762FAD8D95D95042504 | 08-15-2021 05:12:25 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 28 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06-19-2021 06:35:41 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 29 | Info Hash: 3818467D5DC9DDB317735107C4146CBB3C456751<br>File Hash:<br>76CC20D3E9FC939ED897DF2598478477E80E3E647195FEC6250C8664D38F8A3E | 06-19-2021 06:33:46 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 30 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash:<br>E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 01-02-2021 08:03:09 | Blacked Raw | 11-13-2018 | 12-10-2018 | PA0002145836 |
| 31 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash:<br>829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 01-02-2021 08:01:11 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## FOLEY SQUARE DIVISION

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

v.                                         Case No. 1:22-cv-07794-VSB

JOHN DOE, subscriber assigned IP         Judge Vernon S. Broderick
address 142.255.7.113,

          Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 142.255.7.113. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 3, 2023                    Respectfully submitted,

                                                                By:   /s/ *Jacqueline M. James*
                                                                  Jacqueline M. James, Esq. (1845)
                                                                  The James Law Firm, PLLC
                                                                  445 Hamilton Avenue, Suite 1102
                                                                  White Plains, New York 10601
                                                                  T: 914-358-6423
                                                                  F: 914-358-6424
                                                                  E-mail: jjames@jacquelinejameslaw.com
                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James